UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cr-312-MOC-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TERIE SMITH, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Reduce Sentence Pursuant to USSC Amendment 821, (Doc. No. 66), Defendant's Motion to Appoint Counsel, (Doc. No. 67), and Defendant's Motion to Appoint Counsel Pursuant to USSC Amendment 821. (Doc. No. 68).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motions.

Signed: December 1, 2023



Max O. Cogburn Jr.
United States District Judge

1